IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHANG AN CHAU | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| v. | : | No. 24-3092 |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security, | : | |
|     *Defendant.* | : | |

## ORDER

**AND NOW**, this **18th** day of **August** 2025, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF 8), the Commissioner's Response (ECF 11), and Plaintiff's Reply (ECF 12), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant Frank Bisignano, Commissioner of Social Security and against Plaintiff Khang An Chau; and

3. The Clerk of Court shall mark this case **CLOSED**.

                              BY THE COURT:

                              _____
                              **HON. JOSÉ RAÚL ARTEAGA**
                              *United States Magistrate Judge*
                              *Eastern District of Pennsylvania*